IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL ACTION |
| | : | NO. 20-3-1 |
| | : | |
| SUNJE PEARLMAN | : | Notice:   9/24/2020 |
| 7900 Stenton Avenue, Apt. 201 | : | |
| Philadelphia, PA 19118 | : | |

## NOTICE

**TAKE NOTICE** that the **SENTENCING** scheduled to take place on October 1, 2020 will be postponed until January 13, 2021 a 10:45 a.m. in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable **Paul S. Diamond** i n  Courtroom **14A**, **14**<sup>th</sup> floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom. **No further continuances will be granted unless requested, in writing, at least forty-eight hours prior to the time of proceeding.**

[] INTERPRETER REQUIRED:
THIS PROCEEDING HAS BEEN RESCHEDULED FROM:

Very truly yours,

/s/

Lenora Wittje
Deputy Clerk to Judge Paul S. Diamond

Notice to:
Defendant
Kathryn Roberts, Esquire
Anthony Scichitano, A.U.S.A.
Mary Beth Leahy, A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)